# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1856.  SPENCER T. ANDERSON v. THE STATE.**

Spencer T. Anderson pled guilty to child molestation and was sentenced to 20 years confinement on May 19, 2010.  Approximately one year later, on May 11, 2011, Anderson filed a notice of appeal from the "judgment of the Superior Court of Rockdale County, Georgia, entered in the office of the Clerk of said Court on the 9th day of May 2011."[1]  The record, however, reveals no judgment entered on May 9, 2011.  In fact, the only judgment appearing in the record prior to May 11, 2011, is the final disposition entered May 19, 2010.

If Anderson seeks to challenge the final disposition, his appeal is untimely.  A notice of appeal must be filed within 30 days after entry of the order to be appealed.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Anderson filed his notice of appeal 357 days after entry of the final disposition, well outside of the 30-day window.

Moreover, to the extent Anderson seeks some other relief through this appeal, we lack jurisdiction.  "This Court is an appellate court for the correction of errors of law made by the trial court, which have as their bases 'specific ruling[s] made by the trial court.'" *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  We do not consider issues that were not raised and ruled upon below.  See *Ward v. State*,

---

[1] Anderson initially filed his appeal in the Supreme Court of Georgia, which transferred the appeal to this Court.

299 Ga. App. 826, 827 (683 SE2d 894) (2009).  Following the final disposition, the trial court did not enter any ruling that might form the basis for this appeal. Accordingly, there is nothing for us to review in this matter, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/30/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*